APRIL 2, 1974

No. 72–619.   FARAH MANUFACTURING CO., INC. v. EL PASO JOINT BOARD, AMALGAMATED CLOTHING WORKERS OF AMERICA, ET AL.   C. A. 5th Cir.   Petition for writ of certiorari dismissed under Rule 60 of the Rules of this Court.

No. 73–6357.   ALLEN v. UNITED STATES.   C. A. 4th Cir.   Petition for writ of certiorari dismissed under Rule 60 of the Rules of this Court.

APRIL 4, 1974

No. 73–909.   SMALDONE ET AL. v. UNITED STATES.   C. A. 10th Cir.   Petition for writ of certiorari as to petitioner Michael J. Valley dismissed under Rule 60 of the Rules of this Court.

APRIL 5, 1974

No. 73–1337.   COTLER v. UNITED STATES.   C. A. 2d Cir. Petition for writ of certiorari dismissed under Rule 60 of the Rules of this Court.

No. 73–6082.   OLVERA v. UNITED STATES.   C. A. 5th Cir.   Petition for writ of certiorari dismissed under Rule 60 of the Rules of this Court.

APRIL 12, 1974

No. 73–1415.   PHILLIPS PETROLEUM CO. v. STUDIENGE-SELLSCHAFT KOHLE M. B. H.   C. A. 5th Cir.   Petition for writ of certiorari dismissed under Rule 60 of the Rules of this Court.